McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

FILED

SEP 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-00202 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REQUEST BY THE UNITED |
| ) | STATES TO UNSEAL |
| CARLOS HUNLEY, et al, ) | INDICTMENT |
| ) | |
| Defendant. ) | |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Criminal Indictment in the above-referenced.

DATED: September 27, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  *[signature]*
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: September 27, 2006

*[signature]*
Hon. LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1