| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>    United States Attorney<br>2  KIMBERLY A. SANCHEZ<br>    Assistant U.S. Attorney<br>3  2500 Tulare Street<br>    Room 4401<br>4  Fresno, California 93721<br>    Telephone: (559) 497-4000 | FILED<br><br>SEP 2 7 2006<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>         DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>       v.                   )<br>                            )<br>CARLOS HUNLEY, et al,       )<br>                            )<br>            Defendant.      )<br>_____) | 1:06-cr-00202 AWI<br><br>REQUEST BY THE UNITED<br>STATES TO UNSEAL<br>INDICTMENT |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Criminal Indictment in the above-referenced.

DATED: September 27, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ Kimberly A. Sanchez
    KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: September 27, 2006

_____
Hon. LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1