IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00202 AWI |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS (Fed. R. Crim. P. 48 (a)) |
| CARLOS HUNLEY, | ) ) | |
| Defendant. | ) ) ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Carlos Hunley without prejudice.

IT IS SO ORDERED.

**Dated:   May 16, 2007**          /s/ Anthony W. Ishii
                                                            UNITED STATES DISTRICT JUDGE

1